**Alveto RIVERA, Plaintiff–Appellant**

v.

**Imo KALLA; Luke DeHaan; Stanley Quanbeck, M.D.; Sara Hard; Sheryl Vezner; Regina Stepney; JE Lind, Defendants–Appellees.**

No. 14–1727.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2015.

Filed: Feb. 25, 2015.

Alveto Rivera, Bayport, MN, pro se.

Kelly Susan Kemp, Attorney General's Office, Charles Andrew Gross, Andrea Pavelka Hoversten, Geraghty & O'Loughlin, Saint Paul, MN, for Defendants–Appellees.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Alveto Rivera appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We have carefully considered the matters Rivera raises on appeal, and conclude that they provide no basis for reversal. *See*

---

*Laganiere v. County of Olmsted,* 772 F.3d 1114, 1116 (8th Cir.2014) (de novo review). Accordingly, we affirm the judgment of the district court, and we deny Rivera's motion for counsel.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.